~AO 241
(Rev.12/04)

Page 2

| PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY | 0 7 — 3 4 7 |
|---|---|

| United States District Court | District: Delaware | |
|---|---|---|
| Name (under which you were convicted): Daniel M. Woods | | Docket or Case No: |
| Place of Confinement : Delaware Correctional Center | Prisoner No.: 164728 | |

| Petitioner(include the name under which you were convicted) | Respondent (authorized person having custody of petitioner) |
|---|---|
| Daniel M. Woods                    v. | Thomas Carroll |

The Attorney General of the State of Beau Bidden

## PETITION

1.  (a) Name and location of court that entered the judgment of conviction you are challenging:

    Superior Court Sussex County 1 the circle Georgetown, De. 19947

    (b) Criminal docket or case number (if you know): 0408025957

2.  (a) Date of the judgment of conviction (if you know): 2-9-05

    (b) Date of sentencing: 2-9-05

3.  Length of sentence: 2 years level five

4.  In this case, were you convicted on more than one count or of more than one crime?        ☒ Yes        ☐ No

5.  Identify all crimes of which you were convicted and sentenced in this case:

    1 count of burglary 2nd 8 years susp. after 1 year for two years at level 3

    1 count of burglary 2nd 8 years susp. after 1 year for two years at level 3

6.  (a) What was your plea? (Check one)

    ☐ (1)   Not guilty        ☐ (3)   Nolo contendere (no contest)

    ☒ (2)   Guilty            ☐ (4)   Insanity plea

07 - 347



~AO 241
(Rev.12/04)

Page 3

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what

did you plead guilty to and what did you plead not guilty to?
   N/A

(c) If you went to trial, what kind of trial did you have? (Check one)

☐ Jury     ☒ Judge only

7.   Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes     ☒ No

8.   Did you appeal from the judgment of conviction?

☐ Yes     ☒ No

9.   If you did appeal, answer the following:

(a) Name of court: N/A

(b) Docket or case number (if you know): N/A

(c) Result:: N/A

(d) Date of result (if you know): N/A

(e) Citation to the case (if you know): N/A

(f) Grounds raised: N/A

(g) Did you seek further review by a higher state court?     ☐ Yes     ☒ No
   If yes, answer the following:

(1) Name of court: N/A

(2) Docket or case number (if you know): N/A

(3) Result: N/A

(4) Date of result (if you know): N/A

~AO 241
(Rev.12/04)

(5) Citation to the case (if you know): N/A

(6) Grounds raised: N/A

(h) Did you file a petition for certiorari in the United States Supreme Court?    ☐ Yes   ☒ No

If yes, answer the following:

(1) Docket or case number (if you know): N/A

(2) Result: N/A

(3) Date of result (if you know): N/A

(4) Citation to the case (if you know): N/A

10.    Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions
       concerning this judgment of conviction in any state court?              ☒ Yes        ☐ No

11     If your answer to Question 10 was "Yes," give the following information:

       (a)    (1) Name of court: Superior Court

              (2) Docket or case number (if you know): 0408025957

              (3) Date of filing (if you know): may 4th ,2005

              (4) Nature of the proceeding: Correction of illegal sentence

              (5) Grounds raised: Court failed to credit the defendant with time served

              (6) Did you receive a hearing where evidence was given on your petition, application, or motion?
              ☐ Yes       ☒ No

              (7) Result: Court denied the motion

              (8) Date of result (if you know): May 10th,2005

~AO 241                                                                                    Page 5
(Rev.12/04)

(b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court: Superior Court New castle county

    (2) Docket or case number (if you know): No# 143,2005

    (3) Date of filing (if you know): March 29th,2005

    (4) Nature of the proceeding: State Habeas Corpus

    (5) Grounds raised: Illegal sentences

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☐ Yes    ☒ No

    (7) Result: Denied

    (8) Date of result (if you know): March 29th,2005

(c) If you filed any third petition, application, or motion, give the same
    information:

    (1) Name of court: Superior court New Castle county

    (2) Docket or case number (if you know): 05M-08-042-J.RJ.

    (3) Date of filing (if you know): August 10th,2005

    (4) Nature of the proceeding: Mandamus Motion

    (5) Grounds raised: Calculations of illegal sentences , failure to credit time served , illegal proceedures,

increasing plaintiffs sentence without due process of law, Double jeopardy violations, causing the plaintiff to serve the

same sentence twice. Taking away goodtime credits from an illegal sentence.

~AO 241
Rev.12/04)

(6) Did you receive a hearing where evidence was given on your petition, application, or

motion?

☐ Yes        ☒ No

(7) Result: Denied

(8) Date of result (if you know): 12-20-2006

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:        ☒Yes    ☐ No

(2) Second petition:       ☒Yes    ☐ No

(3) Third petition:        ☒Yes    ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:
N/A All cases appealed to highest court.

12.    For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE: The department of corrections has failed to credit the petitioner with court ordered credit.**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): The Superior Court ordered the petitioner credits for time served of 163 days but the department of corrections refused to follow court orders and give the petitioner the credits. Even after the petitioner filed a correction of an illegal sentence the Court ordered credits for time served but D.O.C. refused to give them to petitioner. They stated that the reason that I will not receive those credits was do to the fact I was serving a probation sentence first. But under the same situation petitioner was serving a probation violation in 1990 and then petitioner was sentenced for the open charges and given the credits for time served by the court and I was give those credits but this time D.O.C. is denying them. Conderdicting proceedures and violating petitioners liberty intreasts.

(b) If you did not exhaust your state remedies on Ground One, explain why: Yes

~AO 241                                                                                  Page 7

(Rev.12/04)

(c)     **Direct Appeal of Ground One:**
        (1) if you appealed from the judgment of conviction, did you raise this issue?          ☒ Yes ☐ No

        (2) if you did not raise this issue in your direct appeal, explain why: N/A

(d) **Post-Conviction Proceedings:**

        (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial

        court?

                ☒Yes    ☐ No

        (2) if your answer to Question (d)(1) is "Yes," state:

        Type of motion or petition: State Habeas Corpus

        Name and location of the court where the motion or petition was filed: Superior Court

        Docket or case number (if you know): No# 143, 2005

        Date of the court's decision: September20th,2

        Result (attach a copy of the court's opinion or order, if available): See Appendix  129

        (3) Did you receive a hearing on your motion or petition?                      ☐Yes          ☒ No
        (4) Did you appeal from the denial of your motion or petition?                 ☒Yes          ☐ No
        (5) If your answer to Question (d) (4) is "Yes," did you raise this issue in the appeal    ☒Yes          ☐ No
        (6) If your answer to Question (d) (4) is "Yes," state:

        Name and location of the court where the appeal was filed: Supreme Court of Delaware

        Docket or case number (if you know): No.# 143,2005

        Date of the court's decision: Sept.20th,2005

        Result (attach a copy of the court's opinion or order, if available): See appendix 129

        (7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: N/A

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: Writ of mandamus

**GROUND TWO: Calculations of illegal sentences, combinding sentences illegally, denial of time served, causing the petitioner to serve double jeoperdy sentences, Newmerous errors in calculating sentences, failure to credit time served ordered by the courts. Conderdictions of there proceedures to justifie the damages done to petitioner.**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): The appellees have amitted to making newmerous of errors in the petitioners sentences , they refused to grant court ordered credits, Combinding sentences illegally and in violation of court orders, and have increased the petitioners sentencess without due-process

(b) If you did not exhaust your state remedies on Ground Two, explain why: Yes

(c)     **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?        ☒ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: Did

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
☒ Yes   ☐ No

(2) If your answer to Question (d) (I) is "Yes," state:

Type of motion or petition: Correction of illegal sentence

Name and location of the court where the motion or petition was filed: Superior Court Sussex county

Docket or case number (if you know): No. 2,2007

Date of the court's decision: Dec.20th,2006

~-AO 241
(Rev 12/04)

Result (attach a copy of the court's opinion or order, if available): Denied

(3) Did you receive a hearing on your motion or petition?                              ☐ Yes      ☒ No

(4) Did you appeal from the denial of your motion or petition                          ☒ Yes      ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☒ Yes      ☐ No

(6) If your answer to Question (d) (4) is "Yes," state:

Name and location of the court where the appeal was filed: Supreme Court

Docket or case number (if you know): No# 540,2005

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available): See appendix 130

(7) If your answer to Question (d) (4) or Question (d) (5) is "No," explain why you did not raise this issue: N/A

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two:

**GROUND THREE:** See memerandum of law in support

(a)     Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

~AO 241
(Rev.12/04)

(b)  If you did not exhaust your state remedies on Ground Three, explain why? Same

(c)  **Direct Appeal of Ground Three:** no

    (1) If you appealed from the judgment of conviction, did you raise this issue?      ☐ Yes      ☒ No

    (2) (f you did not raise this issue in your direct appeal, explain why: Newly discovered

(d)  **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        ☐ Yes        ☐ No

    (2) If your answer to Question (d) (1) is "Yes," state:

    Type of motion or petition: N/a

    Name and location of the court where the motion or petition was filed: N/A

    Docket or case number (if you know): N/A

    Date of the court's decision: N/A

    Result (attach a copy of the court's opinion or order, if available): N/a

    (3) Did you receive a hearing on your motion or petition?      ☐ Yes      ☒ No

    (4) Did you appeal from the denial of your motion or petition?      ☐ Yes      ☒ No

    (5) If your answer to Question (d) (4) is "Yes," did you raise this issue in the appeal?      ☐ Yes      ☒ No

    (6) If your answer to Question (d) (4) is "Yes," state:

    Name and location of the court where the appeal was filed: N/A

    Docket or case number (if you know): N/A

    Date of the court's decision: N/A

    Result (attach a copy of the court's opinion or order, if available): N/A

~AO 241

(Rev.12/04)

(7) If your answer to Question (d) (4) or Question (d) (5) is "No," explain why you did not raise this issue: Newly discovered

(e)                     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used

exhaust your state remedies on Ground Three: Correction of illegal sentence

**GROUND FOUR:** Same as others

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Same as others

(b) If you did not exhaust your state remedies on Ground Four, explain why: yes

(c)         **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue         ☐ Yes    ☒ No

(2) If you did not raise this issue in your direct appeal, explain why: Newly discovered

(d)         **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state: Suoerior Court Newcastle county

Type of motion or petition: State Habeas corpus

~AO 241
(Rev.12/04)

Name and location of the court where the motion or petition was filed: Superior Court Newcastle count

Docket or case number (if you know): Unsure

Date of the court's decision: May 20th,2005

Result (attach a copy of the court's opinion or order, if available): appendix 129

(3) Did you receive a hearing on your motion or petition?           ☐ Yes    ☒ No

(4) Did you appeal from the denial of your motion or petition?      ☒ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☒ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Supreme court  Delaware

Docket or case number (if you know): 143,2005

Date of the court's decision: may 20th ,2005

Result (attach a copy of the court's opinion or order, if available): appendix 129

(7) If your answer to Question (d) (4) or Question (d) (5) is "No," explain why you did not raise this issue:

N/A

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: Petitioner has exausted all grounds through States highest court

~AO 241
(Rev.12/04)

13.    Please answer these additional questions about the petition you are filing:

(a)    Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? ☒ Yes   ☐ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: N/A

(b)    Is there any ground in this petition that has not been presented in some state or federal court? If so, ground or grounds have not been presented, and state your reasons for not presenting them: N/A

14.    Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?    ☐ Yes    ☒ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. .Attach a copy of any court opinion or order, if available. N/A

15.    Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?    ☐ Yes    ☒ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the raised.N/A

~AO 241
(Rev. 12/04)

16.   Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment
      you are challenging:

| | |
|---|---|
| (a) At preliminary hearing: | N/A |
| | N/A |
| (b) At arraignment and plea: | N/A |
| | N/A |
| (c) At trial: | N/A |
| | N/A |
| (d) At sentencing: | N/A |
| | N/A |
| (e) On appeal: | N/A |
| | N/A |
| (f) In any post-conviction proceeding: | N/A |
| | N/A |

      (g) On appeal from any ruling against you in a post-conviction proceeding: N/A

17.   Do you have any future sentence to serve after you complete the sentence for the judgment that you are
      challenging?      ☒ Yes      ☐ No

      (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

      Superior Court Newcastle County

      (b) Give the date the other sentence was imposed: 1981, 1990,2004

      (c) Give the length of the other sentence: 30 years, 15 years

      (d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?
                      ☒ Yes      ☐ No

18.   TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain the one-
      year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

      Need to appeal all cases to states highest courts after newly discovered evidance

\*    The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of:

(A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

(C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

~AO 241
(Rev.12/04)

(2)    The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief:Dissmiss all affected sentences, credit all credits do, release petitioner

or any other relief to which petitioner may be entitled.

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on 5-24-07 (month, date, year).

Executed (signed) on        (date). 5-24-07

Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

IN FORMA PAUPERIS DECLARATION
_____

[insert appropriate court]
*****



I/M Thomas E White
SBI# 349668 UNIT: ME
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of the Court
United States District Court
844 N. King St. Lockbox 18
Wilmington, De.
19701-3570

Dear Court Clerk                                5-27-07

   Please File My Writ of Habeas Corpus
and Also be aWere That I Sent a Fully
Complete Set OF My Filings To THE
Dept. OF Justice.
   I've Also Sent This Court Three Copys
as Well as The orginial Copy For The
Court.

Thank you For your help.

                    Respectfully

                    David M. Wood


07cv347
FILED

MAY 3 1 2007

RG scanned
U.S. DISTRICT COURT
DISTRICT OF DELAWARE