To: Clerk of the Court
   District Court
   844 N. King Street
   Wilmington, De. 19801

Fr: Daniel M. Woods          Dated: 6-15-2007
   #164728 D.C.C.
   1181 Paddock Rd.
   Smyrna, De. 19977

Re: UP-DATED COURT DOCKET

Dear Court clerk,

   Could you please give me an up-dated court docket and information on my filing of my writ of habeas corpus before this Court. I have not received a filing number in the Habeas Corpus case, as of yet. Could you please also send me any helpful information or rules that this court has set with filing and addressing habeas Corpus before this Honorable Court.

**Thank you for your time in this matter.**

RESPECTFULLY SUBMITTED

*Daniel M. Woods*

07cv347JJF

FILED
JUN 18 2007
RGScanned
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M David M. Woods
SBI# 164728 UNIT D-C1255
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

SOUTH JERSEY NJ 080
16 JUN 2007 PM 5 L

District Court Clerk
844 N. King St. Locker 18
Wilm, De (19801)