OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

June 21, 2007

TO:  Daniel M. Woods

RE:  *Request for Copy of Docket and Information regarding Habeas Corpus* in Civil Action No. 07cv347

Dear Mr. Woods:

A letter has been received by the Clerk's office from you requesting a copy of the docket from the above noted civil action and requesting information or rules addressing Habeas Corpus.

Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copies (including docket sheets) is fifty ($.50) cents per page. **A copy of the docket is enclosed, free of charge for this request only. Should you require copies (including docket sheets) in the future**, please be aware of this fee requirement. Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court.

Also, please be advised that this office is unable to render legal advice and therefore we are unable to assist you.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

PETER T. DALLEO
CLERK