IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL M. WOODS,           ) | |
|         Petitioner,   ) | |
| v.                         ) | Civil Action No. 07-347-JJF |
| THOMAS L. CARROLL,         ) | |
| Warden, and ATTORNEY       ) | |
| GENERAL OF THE STATE       ) | |
| OF DELAWARE,               ) | |
|         Respondents.  ) | |

FILED
JUL - 2 2007

**AEDPA ELECTION FORM**

_Yes_ 1. _[signed] D. Woods_   I wish the Court to rule on my § 2254 petition as currently pending. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this petition will be my one opportunity to seek federal habeas corpus relief.

_No_ 2. _[signed] Dan Woods_   I wish to amend my § 2254 petition to include all the grounds I have. I will do so within thirty (30) days. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this amended all-inclusive petition will be my one opportunity to seek federal habeas corpus relief.

_No_ 3. _[signed] Dan Woods_   I wish to withdraw my § 2254 petition without prejudice to file one all-inclusive petition in the future; that is, one

that raises all the grounds I have for federal habeas corpus relief. I realize this all-inclusive petition must be filed within the one-year period as defined by 28 U.S.C. § 2244(d). See Swartz v. Meyers, 204 F.3d 417 (3d Cir. 2000).

4. ~~I am not seeking federal habeas corpus relief under § 2254. I am instead seeking relief under~~ *2254 Habeas Corpus*.

_____
Petitioner *Daniel M. Woods*

6-28-07

I/M Daniel M. Woods
SBI# 164228   UNIT D-EAST
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

District Court
844 N. King St. Lockbox 18
Wilmington, De
19801