AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. **07cv 347 JJF**



# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF _AO Form 85_ COPIES OF AO FORM 85.

_May 25, 2007_  _Daniel M. Woods_
(Date forms issued)   (Signature of Party or their Representative)

_Daniel M. Woods_
(Printed name of Party or their Representative)

PLEASE COMPLETE AND RETURN TO THE U.S. DISTRICT COURT
Note: Completed receipt will be filed in the Civil Action