D.I. #_____

# CIVIL ACTION
# NUMBER:  07CV347 JSF

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.99 |
| Certified Fee | 2.65 |
| Return Reciept Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.79 |

Postmark Here — RODNEY SQ STA, WILMINGTON, DE 19801

Sent To: 07CV347 JSF  LOREN MEYERS
           DEPUTY ATTORNEY GENERAL
Street, Apt. No.; or PO Box No.: DEPARTMENT OF JUSTICE
           820 N. FRENCH STREET
City, State, ZIP+4: WILMINGTON, DE 19801

7003 1680 0002 2585 9233

PS Form 3800, June 2002   See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.99 |
| Certified Fee | 2.65 |
| Return Reciept Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.79 |

Postmark Here — RODNEY SQ STA, WILMINGTON, DE 19801

Sent To: 07CV347 JSF  WARDEN TOM CARROLL
           DELAWARE CORRECTIONAL CENTER
Street, Apt. No.; or PO Box No.: 1181 PADDOCK RD.
City, State, ZIP+4: SMYRNA, DE 19977

7003 1680 0002 2585 9240

PS Form 3800, June 2002   See Reverse for Instructions