United States District Court
For the District of Delaware



Acknowledgement of Service Form
For Service By Return Receipt

Civil Action No. 07cv347 JJF

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>LOREN MEYERS<br>DEPUTY ATTORNEY GENERAL<br>DEPARTMENT OF JUSTICE<br>820 N. FRENCH STREET<br>WILMINGTON, DE 19801 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>[WILMINGTON DE JUL 12 2007 postmark]<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 1680 0002 2585 9233     07cv347JJF |
| PS Form 3811, August 2001 | Domestic Return Receipt    102595-02-M-1540 |

Stamp: FILED JUL 16 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE — Scanned

USPS - Track & Confirm                                                                 Page 1 of 1



7/17/2007

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: 7003 1680 0002 2585 9233
Status: Delivered

Your item was delivered at 5:14 PM on July 12, 2007 in WILMINGTON, DE 19801.

( Additional Details > ) ( Return to USPS.com Home > )

**Track & Confirm** 

Enter Label/Receipt Number.

## Notification Options

Track & Confirm by email
Get current event information or updates for your item sent to you or others by email. ( Go > )



POSTAL INSPECTORS    site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust                  Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                     7/17/2007