IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL M. WOODS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civ.Act.No. 07-347-JFF |
| | ) |
| ELIZABETH BURRIS, Acting Warden | ) |
| and JOSEPH R. BIDEN, III, Attorney | ) |
| General for the State of Delaware | ) |
| | ) |
| Respondents.[1] | ) |

**MOTION TO STAY PETITION**

Respondents move to stay Daniel M. Woods' petition for federal habeas relief. In support thereof, respondents submit:

1. The petitioner, Daniel Woods, has applied for federal habeas relief, alleging error by the state courts. D.I. 2. Before filing the instant petition for federal habeas relief, petitioner filed for state court relief, alleging the same grounds raised in the federal petition. That action is currently pending before the Delaware Supreme Court in *Woods v. State*, No. 540, 2006 (Del. Supr.).

2. In light of the procedural posture presented by Woods' habeas claim, respondents have previously moved to extend the filing of their response to Woods' petition in order to give the Delaware Supreme Court time to resolve Woods' latest claim in state court. *See* D. I. 17, 18. By letter dated November 6, 2007, the Clerk of the Delaware Supreme Court informed petitioner and counsel for respondents that Woods'

---

[1] *See* Fed.R.Civ.P. 25(d)(1). Elizabeth Burris was named Acting Warden, effective September 1, 2007.

latest state court matter "has been rescheduled for decision upon the briefs as of Friday, December 7, 2007." Ex. A (emphasis omitted).

    3. In light of the foregoing, respondents move to stay Woods' pending federal habeas action. *See, e.g., Landis v. N. Am. Co.*, 299 U.S. 248, 254-255 (1936) ("the power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants."). Sound principles of judicial economy lead to the conclusion that, given the interplay between Woods' pending state court action and the instant matter, Woods' federal habeas petition be stayed. *See, e.g., American Life Ins. Co. v. Stewart*, 300 U.S. 203, 215 (1937) ("A court has control over its own docket. In the exercise of a sound discretion it may hold one lawsuit in abeyance to abide the outcome of another, especially where the parties and the issues are the same.") (*citing Landis*).

    4. Once the Delaware Supreme Court renders its decision in *Woods v. State*, No. 540, 2006 (Del. Supr.), respondents request that that they be given forty-five days to respond to Woods' petition. Respondents submit herewith a proposed order.

                                                  Kevin M. Carroll
                                                  Deputy Attorney General
                                                  Department of Justice
                                                  820 N. French Street
                                                  Wilmington, DE 19801
                                                  (302) 577-8500
                                                  Del. Bar. ID No. 4836

DATE: November 14, 2007

## RULE 7.1.1 CERTIFICATION

I hereby certify that I have neither sought nor obtained the consent of the petitioner, who is incarcerated and appearing *pro se*, to the subject matter of this motion.

_____
Kevin M. Carroll
Deputy Attorney General

Counsel for Respondents

Date: November 14, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL M. WOODS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civ.Act.No. 07-347-JFF |
| | ) |
| ELIZABETH BURRIS, Acting Warden | ) |
| and JOSEPH R. BIDEN, III, Attorney | ) |
| General for the State of Delaware | ) |
| | ) |
| Respondents. | ) |

## ORDER

This _____ day of _____, 2007,

WHEREAS, respondents having requested that petitioner's petition for federal habeas relief be stayed pending resolution of *Woods v. State*, No. 540, 2006 (Del. Supr.),

IT IS HEREBY ORDERED that respondents' action is stayed and that respondents are hereby given forty-five days from date the Delaware Supreme Court renders its final decision in *Woods v. State*, No. 540, 2006 (Del. Supr.) to respond to the allegations raised in petitioner's petition for a writ of habeas corpus.

_____
United States District Judge

SUPREME COURT OF DELAWARE

CATHY L. HOWARD
*Clerk*

# SUPREME COURT BUILDING
55 THE GREEN
DOVER, DE 19901

AUDREY F. BACINO
*Assistant Clerk*
LISA A. SEMANS
*Chief Deputy Clerk*
LATOYA S. BRADY
*Senior Court Clerk*
DEBRA J. ZATLOKOVICZ
*Senior Court Clerk*
BRANDEE R. FORD
*Senior Court Clerk*

P.O. BOX 476
DOVER, DE 19903

(302) 739-4155
(302) 739-4156
(302) 739-8091

November 6, 2007

Mr. Daniel M. Woods
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Kevin M. Carroll, Esquire
Deputy Attorney General
820 N. French Street
Wilmington, DE 19801

    RE:   *Woods v. State, No. 540, 2006*

Dear Mr. Woods and Counselor:

    The matter has been rescheduled for decision upon the briefs as of **Friday, December 7, 2007.**

                                                    Very truly yours,

                                                    Cathy L. Howard

Ex A-

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2007, I electronically filed the attached documents with the Clerk of Court using CM/ECF. I also hereby certify that on November 14, 2007, I have mailed by United States Postal Service, the same documents to the following non-registered participant:

>Daniel M. Woods
>SBI No. 00164728
>Delaware Correctional Center
>1181 Paddock Road
>Smyrna, DE 19977

/s/ Kevin M. Carroll
Kevin M. Carroll
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4836
Kevin.Carroll@state.de.us

Date: November 14, 2007