IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL M. WOODS, | : |
| Petitioner, | : |
| v. | : Civil Action No. 07-347-JJF |
| PERRY PHELPS[1], et al., | : |
| Respondents. | : |

### O R D E R

WHEREAS, on November 14, 2007, Defendants filed a Motion to Stay Petition (D.I. 21);

WHEREAS, the motion remains pending;

WHEREAS, on February 12, 2008, Defendants filed a Motion to Lift Stay (D.I. 23) and requests until March 5, 2008 to file their Answer to Plaintiff's Petition for Federal Habeas Relief;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Defendants' Motion to Stay Petition D.I. 21 is DENIED as moot.

2. Defendants' Motion to Lift Stay (D.I. 23) is DENIED as moot.

3. Defendants shall file an Answer to Plaintiff's Petition for Federal Habeas Relief by March 5, 2008.

February 14, 2008
DATE

_____
UNITED STATES DISTRICT JUDGE

---

[1] Perry Phelps substituted for Thomas L. Carroll. Perry Phelps was named Warden effective January 7, 2008.