IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **DANIEL M. WOODS,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 07-347-JFF |
| | ) | |
| **PERRY PHELPS**, Warden | ) | |
| and **JOSEPH R. BIDEN, III**, Attorney | ) | |
| General for the State of Delaware | ) | |
| | ) | |
| Respondents.[1] | ) | |

**MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, respondents move for an extension of time in which to file an answer to the petition. In support thereof, respondents state the following:

1. The petitioner, Daniel Woods, has applied for federal habeas relief, alleging error by the state courts. D.I. 2. By the terms of the Court's order, the answer is due to be filed on March 5, 2008. *See* D.I. 24.

2. Due to an administrative oversight, the undersigned did not file the answer to Mr. Woods' petition. Due to his own workload, including appearances before every single state criminal court within the next three weeks, counsel needs additional time to complete the answer to Mr. Woods' petition. Counsel now anticipates that the answer should be completed and reviewed, per Department of Justice policy, on or before April 14, 2008.

---

[1] See Fed.R.Civ.P. 25(d)(1). Perry Phelps was named Warden, effective January 7, 2008.

3. Under Habeas Rule 4, the Court has the discretion to give respondents an extension of time exceeding the 40-day limit in Civil Rule 81(a)(2). *Clutchette v. Rushen*, 770 F.2d 1469, 1473-74 & n.4 (9th Cir. 1985); *Kramer v. Jenkins*, 108 F.R.D. 429, 431-32 (N.D. Ill. 1985). The comment to Rule 4 expressly states that the district court has "the discretion to take into account various factors such as the respondent's workload" in determining the period of time that should be allowed to answer the petition.

4. This is respondents' third request for an extension of time in this case.

5. Respondents submit that an extension of time to and including April 14, 2008, in which to file an answer is reasonable. Respondents submit herewith a proposed order.

/s/ Kevin M. Carroll
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4836

DATE: March 16, 2008

## RULE 7.1.1 CERTIFICATION

I hereby certify that I have neither sought nor obtained the consent of the petitioner, who is incarcerated and appearing *pro se*, to the subject matter of this motion.

/s/ Kevin M. Carroll
Deputy Attorney General


Counsel for Respondents

Date: March 16, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2008, I electronically filed the attached documents with the Clerk of Court using CM/ECF. I also hereby certify that on March 17, 2008, I have mailed by United States Postal Service, the same documents to the following non-registered participant:

>Daniel M. Woods
>SBI No. 00164728
>Delaware Correctional Center
>1181 Paddock Road
>Smyrna, DE 19977

>/s/ Kevin M. Carroll
>Deputy Attorney General
>Department of Justice
>820 N. French Street
>Wilmington, DE 19801
>(302) 577-8500
>Del. Bar. ID No. 4836
>Kevin.Carroll@state.de.us

Date:  March 17, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **DANIEL M. WOODS,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 07-347-JFF |
| | ) | |
| **PERRY PHELPS**, Warden | ) | |
| and **JOSEPH R. BIDEN, III**, Attorney | ) | |
| General for the State of Delaware | ) | |
| | ) | |
| Respondents. | ) | |

### ORDER

This _____ day of _____, 2006,

    WHEREAS, respondents having requested an extension of time in which to file an answer, and

    WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

    IT IS HEREBY ORDERED that respondents' answer shall be filed on or before April 14, 2008.

_____
United States District Judge