IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **DANIEL M. WOODS,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 07-347-JFF |
| | ) | |
| **THOMAS CARROLL**, Warden | ) | |
| and **JOSEPH R. BIDEN, III**, Attorney | ) | |
| General for the State of Delaware | ) | |
| | ) | |
| Respondents. | ) | |

**MOTION FOR EXTENSION OF TIME TO FILE
CERTIFIED STATE COURT RECORDS**

1. The petitioner, Daniel Woods, has applied for federal habeas relief, alleging error by the state courts. D.I. 2. The undersigned filed an answer to the petition on March 14, 2008. *See* D.I. 27.

2. By the terms of the Court's order, the respondents are directed to attach to the answer certified copies of the state court records material to the questions raised in the petitioner's case.

3. Due to counsel's schedule and court obligations, the undersigned has been unable to collect petitioner's state trial court records in time to file them contemporaneously with respondents' answer. Counsel anticipates obtaining the necessary records on or before May 31, 2008.

4.  Respondents submit that an extension of time to May 31, 2008 in which to file certified copies of the material portions of the state court records in this case is reasonable. Respondents submit herewith a proposed order.

/s/ Kevin M. Carroll
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4836

DATE: April 14, 2008

## RULE 7.1.1 CERTIFICATION

I hereby certify that I have neither sought nor obtained the consent of the petitioner, who is incarcerated and appearing *pro se*, to the subject matter of this motion.

/s/ Kevin M. Carroll
Deputy Attorney General


Counsel for Respondents

Date: April 14, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2008, I electronically filed the attached documents with the Clerk of Court using CM/ECF. I also hereby certify that on April 14, 2008, I have mailed by United States Postal Service, the same documents to the following non-registered participant:

>Daniel M. Woods
>SBI No. 00164728
>Delaware Correctional Center
>1181 Paddock Road
>Smyrna, DE 19977

>/s/ Kevin M. Carroll
>Deputy Attorney General
>Department of Justice
>820 N. French Street
>Wilmington, DE 19801
>(302) 577-8500
>Del. Bar. ID No. 4836
>Kevin.Carroll@state.de.us

Date:  April 14, 2008

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DANIEL M. WOODS,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )  Civ.Act.No. 07-347-JFF |
| | ) |
| **PERRY PHELPS**, Warden | ) |
| and **JOSEPH R. BIDEN, III**, Attorney | ) |
| General for the State of Delaware | ) |
| | ) |
| Respondents. | ) |

## ORDER

This _____ day of _____, 2008,

WHEREAS, respondents having requested an extension of time in which to file an answer, and

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that respondents' answer shall be filed on or before May 31, 2008.

_____
United States District Judge