IN THE UNITED STATES DISTRICT COURT
In AND FOR THE DISTRICT OF DELAWARE

Daniel M. Woods,
    Petitioner.

V.

    Civ. Act. No. 07-347-J.F.F

Perry-Phelps, Warden
AND Joseph R. Biden,
Attorney General
    Respondant.

FILED
APR 23 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PO scanned

## Response to Respondants Filed Answer

It's clear by the Respondants answer that the States Attorney Continues to cloud the facts, hide the facts and change the facts to support there argument to hide the real issues presented to this Court and the Lower Courts.

1) Respondants Failed to address certin issues, who they <u>amitted</u> <u>in</u> <u>an</u> <u>Affidavit</u> that they <u>did</u> <u>miscalculated</u> the petitioners Sentences which stayed in-affect for 25 years and is still in-affect now.

Cont......

which is an illegal Sentence, AND in Violation of Federal and State Laws. And under Federal Law Courts have Ruled, That once an error has been Found a evidentreay hearing is Requied. (which Never took Place in This Case) See: <u>Haygood V. Younger</u> 769, F.2d. AT 1359.

Deliberate indifference to Erronous Confindment Constitutes Cruel and Unuseal punishment, The Courts have held, Which gives This Court its Athority to act. SEE <u>Alexander V. Perrill</u>, 916, F.2d. 1392, 1395, 9th Cir 1990

2). How Can The Respondants File Answer to The Petitioner Complaint without a Certified Copy of The Records. (which They ARE NOT To Receive until May 31, 2008) (yet The Answer was Filed on April 14, 2008) "The Facts of This Case" Relie on The Records which show and prove the Violations. How do you File a Fair and Truthful Response without the Records.

3) THE Respondants Failed to infrom This Court That Under Del. Law 4348, 3901 State Sentences are Served Consecutivlly. If The Sentence is Served Fully, Then There is <u>no</u> good time Credits to Remove and doing So would Creat double Jeperdy Violations.
   See: <u>Woodson V. Attorney General</u> 990 F.2d

1344 (D.C. Cir. 1993) Prisoner have no right to wave goodtime credits or to remain in prison "beyond" a term that has been Reduced For good behavior.
See: Wolff v. McDonnell 418 U.S. 539, 554-55, 94 S.Ct. 2963 (19
So Delaware Law are Contradictory, Ambigious, Compensatory Which are used To Justifie The Violations.

4) The AEDPA should not apply here As The Respondants Request because all errors and Violations could not have Taken Place until Petitioners Parole hearing and Sentencing in 2005. Petitioner Could not have Known or Would of Known, to apply The AEDPA would be a Complete miscarge of Justice to The Petitioner.

5) Respondants Would Like This Court To Re-lie on The Ruling by The Lower state Courts on Petitioners writ of Mandamas Case. Thats because The "Main Ruling" For All Cases Petitioner Filed in State Court Came From The Mandamus Case. But the Main Fact Thats being over Looked in That Case was Respondants Lied and Submitted False Information to That Court. Which was proven and Shown to the Court, yet that Court still granted Summary Judgement. So The Court Ruling was based on Lies Which Clearly prejudiced the Petitioner greatly. And Petitioner Can prove they (Respondants) Lied to the Court. This Court Should grant a hearing to avoid a Complete miscarge of Justice.

Cont....

6) The Honorable Superior Court ordered Petitioner Credit of 163 days I served before sentencing, yet the Respondants are Refussing Petitioner these Credits. When it was ordered by a Court of Law.

7) If this Court would order and evidentary hearing Petitioner would be able to show this Court all violations and the miscarge thats taken place.

I pray this Honorable Court will take into account that Petitioner is Pro'se and not skilled as attorney of law To be held not to such a high Standered as attorney would be as I have in lower Courts.

Respectfully,
Daniel M. Woods

April 19, 2008

# Certificate of Service

I, _Daniel M. Woods_, hereby certify that I have served a true and correct cop(ies) of the attached: _Response to Respondants Filed Answer_ upon the following parties/person (s):

TO: _Dept. of Justice_
_820 N. French St_
_Wilm, DE 19801_

TO: _United States District Court_
_844. N. King Street Lockbox 18_
_Wilm, DE 19801_

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _22_ day of _April_, 2008

_Daniel M. Woods_

I/M Daniel M. Woods
SBI# 164728   UNIT 22-B-14
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

United States District Court (C.A.N. #07-347 J.F.F)
844 N. King Street Lockbox 18
Wilmington, DE
19801

Legal Mail