IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL M. WOODS, | : |
|        Petitioner, | : |
| v. | : Civ. Act. No. 07-347-JJF |
| PERRY PHELPS, Warden, and<br>ATTORNEY GENERAL OF THE STATE<br>OF DELAWARE, | : |
|        Respondents. | : |

**O R D E R**

Respondents were granted an extension of time to file the certified State Court Records by May 31, 2008, but have not yet complied. Respondents shall file the State Court Records no later than July 25, 2008.

_____July 11, 2008_____
      DATE

_____[signature]_____
UNITED STATES DISTRICT JUDGE