IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **DANIEL M. WOODS,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 07-347-JFF |
| | ) | |
| **THOMAS CARROLL**, Warden | ) | |
| and **JOSEPH R. BIDEN, III**, Attorney | ) | |
| General for the State of Delaware | ) | |
| | ) | |
| Respondents. | ) | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1. Notice is hereby given that certified copies of the following documents in *Daniel M. Woods v. State of Delaware*, No. 540, 2006 (Del. Supr.), have been filed and are available in paper form only:

    a. Appellant's Opening Brief;

    b. State's Answering Brief and Appendix;

    c. Appellant's Supplemental Memorandum;

    d. State's Answering Supplemental Memorandum;

    e. Order (February 4, 2008).

2. Notice is also given that certified copies of the following documents in *Daniel M. Woods v. Raphael Williams (Warden) and Board of Parole*, No. 2, 2007 (Del. Supr.), have been filed and are available in paper form only:

    a. Appellant's Opening Brief and Appendix;

    b. State's Motion to Affirm;

    c. Order (March 15, 2007).

/s/ Kevin M. Carroll
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4836

DATE: July 24, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2008, I electronically filed the attached documents with the Clerk of Court using CM/ECF. I also hereby certify that on July 24, 2008, I have mailed by United States Postal Service, the same documents to the following non-registered participant:

>Daniel M. Woods
>SBI No. 00164728
>Delaware Correctional Center
>1181 Paddock Road
>Smyrna, DE 19977

>/s/ Kevin M. Carroll
>Deputy Attorney General
>Department of Justice
>820 N. French Street
>Wilmington, DE 19801
>(302) 577-8500
>Del. Bar. ID No. 4836
>Kevin.Carroll@state.de.us

Date:  July 24, 2008